```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
JOEL PENSLEY,
                       Plaintiff,

            -v-

MAUREEN ABATO and OLDE MONMOUTH STOCK
TRANSFER CO., INC.,
                    Defendants.
------------------------------------------X

09 Civ. 10610 (DLC)

ORDER

DENISE COTE, District Judge:

    On January 21, 2010, the Court received in its Chambers a proposed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction from pro se defendant Maureen Abato. It is hereby

    ORDERED that the issues raised in defendant Abato's proposed Order to Show Cause will be addressed at the initial pretrial conference scheduled for February 19, 2010 at 11:00 AM in Courtroom 11B, United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Dated:    New York, New York
            January 21, 2010

                                   _____
                                        DENISE COTE
                                United States District Judge

COPIES SENT TO:

Roger L. Fidler
Roger L. Fidler, Esq.
400 Grove Street
Glen Rock, NJ 07452

Maureen Abato
2732 E. 21 Street
Brooklyn, NY 11235