```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
JOEL PENSLEY,                              :    09 CIV. 10610 (DLC)
                        Plaintiff,         :
                                           :       PRETRIAL
            -v-                            :    SCHEDULING ORDER
                                           :
MAUREEN ABATO and OLDE MOHMOUTH STOCK      :
TRANSFER CO., INC.,                        :
                                           :
                        Defendants.        :
-------------------------------------------X
```

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 2/23/10]

DENISE COTE, District Judge:

  As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on February 19, 2010, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **March 5, 2010**.

2. All fact discovery must be completed by **April 30, 2010**.

3. If any party should want expert discovery, they should write to the Court by **April 30, 2010**.

4. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **May 21, 2010**
   - Opposition served by **June 18, 2010**
   - Reply served by **July 9, 2010**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

5. In the event no motion is filed, the Joint Pretrial Order must be filed by **May 21, 2010**.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         February 23, 2010

                                    _____
                                         DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Roger L. Fidler
Roger L. Fidler, Esq.
400 Grove Street
Glen Rock, NJ 07452

Maureen Abato
2732 E. 21 Street
Brooklyn, NY 11235